**Farmers Pellet Co., a Corporation, Plaintiff-Appellee, v. Norman Hulcher, Defendant-Appellant.**

**Gen. No. 66–3. (Abstract of Decision.)**

Fifth District.

November 3, 1966.

Rehearing denied December 3, 1966.

Jasper S. Gullo, of Springfield, for appellant; Duane L. Traynor, of Springfield, for appellee. Opinion by JUSTICE MORAN. **Not to be published in full.**